FILED
CLERK, U.S. DISTRICT COURT
06/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ GSA _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PAUL CAMARAO,
Plaintiff, V.

2:25-cv-05378-AB-KES

Jury Trial: (check one)   ( X Yes)     (    No)

STATE OF NEW JERSEY,
STATE OF FLORIDA,
UNITED STATES OF AMERICA,
FBI,
HOMELAND SECURITY,
DEPARTMENT OF JUSTICE,
WEST PALM BEACH FLORIDA FEDERAL COURTHOUSE,
WEST PALM BEACH PUBLIC DEFENDER'S OFFICE,
ZIP RECRUITER,
SPARROW,
AIRBNB,
FEDEX GROUND,
DICE,
NY LIFE,
EMEKA NKWUO,
RANJIV SONDHI,
GM FINANCIAL,
SEMINOLE STATE COLLEGE,
LARISSA VALENTINA AMORIM ZANATO,
RICARDO AMORIM,
SABINE AMORIM,
MARIA DAS GRACAS AMORIM,
EMIR ZANATO,
HELMER CONNLEY AND KASSLEMAN,
Defendants.

## **Complaint**

I, Paul Camarao, Pro Se, am submitting my initial complaint in the Southern District of California, after having my case #SA-25-CV-284-XR (HJB), unjustly dismissed for improper venue in the Western District of Texas, where GM FINANCIAL is a defendant of the state of Texas, ***without an opportunity to have the case transferred to another venue as the court previously stated I would be allowed to do so.*** This is corruption, misconduct, and just disgusting behavior by all involved. Under no circumstances can I have this case heard in the State of Florida after being abused in the federal court house of West Palm Beach, by their Judges, public defenders, prosecutors, and in no way can I have this case heard in New Jersey as you will see below the corruption that exists there. I could file in New York due to NY Life being a defendant or San Francisco being that AIRBNB and Sparrow are defendants or even Denver Colorado as DICE is a defendant, but I am choosing California as I am looking to secure assets from Zip Recruiter for the losses I have sustained by everyone and allow Zip Recruiter collect from the other defendants after.

## **Background**

I have been abused by the State of New Jersey and Federal Government for at least 11 years on paper and through the courts, and close to 30 years if you count police abuse without documentation. They have discriminated against me for being of Brazilian decent with parents that are immigrants, they have discriminated against me for being a man by

not allowing me to have rights to my children, which has led my children to be abused by the State and Federal Government, not granting them their Constitutional Right to have a relationship with their father. The police have filed false police reports, specifically Spring Lake Police, the courts have abused their powers by not allowing me to have the same rights that are designated to attorneys which to my understanding both pro se and licensed attorneys have the same rights under the law, more specifically Judge Perry forcing me to choose between going to the hospital when I had a concussion in 2014 she told me she did not care if I was injured and the trial would go on with or without me. She would have never told an attorney that was not medically sound to represent their client with a concussion, but she just wanted to abuse me and provide favors to her friends, which she was already doing by having private conversations in her chambers without me present. This is directly against the Rules of Judicial Conduct and everyone should be ashamed of themselves.

Further, when I began seeing Civil Rights attorneys in 2019 to file lawsuits against the State and Federal Government, more specifically Newark Airport Port Authority Police, FBI, Homeland Security, Montclair Police Department, as well as wanting to add my exgirlfriends cousin, Ricardo Amorim(an ex Brazilian Diplomat to China) & his wife Sabine Amorim, I began being harassed by the police and government. My unemployment was cut off, my ability to find a job and earn a living was affected to the point that I was making

10,000 USD a month, all the way down to roughly 2,000 USD a month. My unemployment benefits were cut off days after telling Judge Aqcuaviva to "Suck My Dick" in October 2020 in the State of New Jersey. My Florida unemployment benefits were never paid to me

in 2022, 2023, and 2024 and my account has been locked since my first claim, it states that I cannot file a new claim until the first claim is processed, which it never has been. I have also had the same issue with the state of Florida with my SNAP Benefits stalled, since 2024 I was not able to receive and process my SNAP benefits.

Dice and NY Life have also been assisting the Government by not allowing me to file disability claims, NY Life refused to accept my Medical Doctors paperwork in June-July 2023 stating that they never received the emails/fax, my doctors office confirmed at least 5 times to me that the documents were sent and eventually my Health Insurance was cut off by Dice due to being fired, my money was cut off, I was unable to receive medical care and pay for medication.

In 2024 Zip Recruiter also did the same thing to me when I filed complaints with the SEC about their CEO's misconduct and misleading their shareholders(and potential shareholders since employees have employee stock purchase options/rights).After being abused by Zip Recruiter Management I was forced to go on Disability, which again my doctor filled out and submitted all paperwork asked by the company and Sparrow which was Zip Recruiters Employee leave paperwork assistance provider both refused to process my paperwork. After weeks I was terminated, Sparrow, which is in charge of the leave documents refused to respond to me and Zip Recruiter also refused to honor my disability insurance plan that was in effect prior to my termination, since my disability date was on record prior to being terminated.

Since then I have filed multiple lawsuits to attempt to have these issues corrected and further misconduct has been committed by lawyers representing these defendants as well as attorneys that I have hired and public defenders that have been appointed to me by the state

and federal government. These actions alone some of the most egregious, disgusting, behavior I have ever witnessed or heard of in my life, but combined this turns into a long history of criminal behavior by the state and federal government that should constitute RICO behavior.  This type of behavior is not by change, by accident, a coincidence, it has been calculated and planned every step of the way to scare, intimidate, place me under duress, purposely make me look "crazy" having a mental disorder, and place me into a state that would appear from a rational person's point of view that the Government would never do this to anyone, but in reality these bad actors are the ones to blame for this. They are worried about a nuclear verdict, they are scared they will lose their jobs, lose their ability to practice law, hold government positions, and be held criminally liable for their behavior.

### Complaint

### State Of New Jersey, FBI, Homeland Security

1. Judge Perry Violated the Rules of Judicial Conduct when she gave me an ultimatum to continue with the Trial in 2014(Jensen v Camarao) or go to the hospital. This is against the Rules of Judicial Conduct as well as the Rules of Professional Conduct for lawyers in the state of New Jersey as _NO LAWYER SHOULD REPRESENT ANYONE NOT EVEN THEMSELVES IF THEY ARE INCAPACITATED._

2. On May 7th 2018 Larissa Valentina Amorim Zanato and her mother Maria Das Gracas Amorim took my two children LZC and MZC across state lines to her cousins house in Harleysville Pennsylvania without my consent. She concealed

them from me for multiple days, would not let me speak with the children, would

not give me the address they were staying at, and refused to let me see my children.

I called the Montclair Police, Harleysville PA police, but because her cousin Renato

Amorim is an Ex-Brazilian Diplomat to China, he has lawyers to speak with the

police and tell them I did not have legal rights or physical rights to my two sons,

because Larissa and I were not married.

2a. On May 12, 2019 I told Larissa that I was going to file for custody of the

children on Monday when the courts were open and that if she did not let me speak

to my children and see them that I was going to call the State Police and the FBI to

locate the children and do a wellness check. She told me that I could have lunch

with the children in Philadelphia Pennsylvania at a sushi restaurant at noon. She

gave me the address, and I called the restaurant, and the recording stated that they

only opened for dinner at 5pm. I waited until noon to ask Larissa where she was and

I was running late and would arrive around 12:30, and she stated that she was at the

restaurant with the children. I asked her how she was at the restaurant if the

restaurant only opens at 5 and she hung up on me. After 20 minutes of texting back

and forth she called me and told me she was at TJ Maxx and I could speak with

LZC, when LZC answered the phone he was hysterical, trying to hold back his cries

and tears, with Larissa in the background telling him exactly what to say, which was

that he was with his cousins, Renato Amorim's Children, playing. Then she took the

phone from him and hung up. I called my father asking for advice on what to do and

he said she is going to kidnap your kids back to Brazil, that is what Brazilian

women do, I hear these stories over and over again and once she gets to Brazil, with

her cousins diplomatic contacts, her mother and father working for the IRS, sister

works for the IRS, cousin is a Military Police, friends and cousins are Federal

agents(her witness in our divorce has a brother that is a federal agent), Prosecutors,

Judges, her uncle worked/works for Brazilian President Lula da Silva(per Larissa

and Maria das Gracas doing statistics for him) and they are going to kill you down

here, have you arrested, or both. So, my father began calling airlines to see if my

children had any tickets out of the country and to inform that I did not authorize any

travel of my children. My father found out that they had tickets purchased on an Air

Canada Flight around 6pm in Newark Airport.

     2b. The Newark Airport Port Authority Police on May 12, 2018, refused to

call the ONCALL Judge(since it was a Saturday) to request an emergency order

stopping Larissa Valentina Amorim Zanato and her mother Maria das Gracas

Amorim from removing my 2 children LZC (age3 years and 8 months) and MZC(6

months) from the USA. We were unwed at the time, but we both signed a child born

out of wedlock form in the United States Embassy in Brasilia, Brazil, and I signed a

affidavit of support for both children. This gave me legal rights to my children

under federal law and also legal and physical custody rights under New Jersey Law.

What the Newark Port Authority Polce did was discriminate against me for being a

man, strip my children of their 14th amendment rights to have a father, strip me of

my rights of being able to have a say in their upbringing (school, religion, etc) and

they did this on purpose.

     2c. FBI – I called the FBI the next day on May 12, 2018, because Larissa

     Valentina Amorim Zanato told me she would only stay in the USA with the

children if I married her and gave her a green card. I told the Newark Port

Authority Polce this in the airport and their response was "Just marry her". I

told the FBI that she attempted to kidnap my children and was forcing me to

marry her which was marriage fraud and the FBI lady told me "If you lived

in another state, I would be able to assist you, but in the State of New Jersey

I cannot help you, get a lawyer". I told he she was a federal agent and upheld

federal laws, and she told me again "she could not help me". I told her if I

was a woman she would be at my house in 15 minutes to arrest the man

forcing me to marry him. This is discrimination against me. This is criminal

behavior by the federal government.

2d. I called Homeland Security and told them the same thing as the FBI and

Newark Port Authority Police, and they also instructed me to get a lawyer.

They refused to provide any assistance to me because I am a man and in the

state of New Jersey they discriminate against fathers.

2e. Montclair Police -I called Montclair Police and told them what was

happening and they also told me to get a lawyer. I told them I needed a

restraining order against Larissa Valentina Amorim Zanato, and they

laughed at me saying "your scared of a girl man? Come on stop it, just get a

lawyer"

3. From May-June 2018 I attempted to hire a lawyer to assist me so that I would not be

forced to marry Larissa, but every lawyer I contacted wanted 20-30,000 USD for

my case. This is a sum of money that most households do not have (According to

the GOBankingRates survey, 19% of Americans have nothing saved and 21% have

between $1 and $250 saved. Only one-quarter of Americans (25%) have balances of $2,000 or more) So due to not being able to get assistance from the state and federal government I was forced to endure further abuse from Larissa and her family, forced to marry her on June 12th, 2018. This is discrimination by the state and federal government for not upholding the laws equally to both men and women.

4. From June 2018-April 2019, I continued to search for lawyers to assist me as I was constantly being abused by Larissa, constantly being threatened by her, forced to give her all my money, forced to do anything she wanted, constant psychological abuse from her, constantly living in fear. After a year of hiding money from Larissa I was able to get enough to hire Patricia Apy, from Red Bank New Jersey, in April 2019, she worked with the international kidnapping of Sean Goldman to Brazil in 2010 or so. She told me that in the state of New Jersey no judge would ever force Larissa to have supervised visitation even after attempting to kidnap the children. She also said that no judge would ever give me a restraining order for her forcing me to marry her for a green card, because she is a woman and it was against Public Policy in New Jersey. She apologized and told me she did not want to lie to me, it just was how it was. After she provided me with a copy and pasted separation agreement that had the wrong names and India instead of Brazil in most of the contract I requested my money back from her and told her that she had no business being a lawyer if she was not going to fight for the US Constitution, fight for the wellbeing of children, and fight for what she knew was right.

5. In October 2019 after being abused by Larissa for years, I went to court asking for an order for my children to not be removed from the country, asking for a divorce,

and telling the Judge in Monmouth County New Jersey that Larissa attempted to kidnap my kids a year and a half ago and that she forced me to marry her. The judge issued a temporary order and a court date was scheduled for December 2019.

6.  From October 2019 to January 2019 Larissa was constantly abusing me, screaming at me, threatening me, and abusing our children psychologically. I went to the Spring Lake Police 4 times, and specifically in November 2019 to ask for a restraining order against Larissa for telling my son LZC to not eat the food that I made because I was poisoning the food to kill her. He dropped his spoon, stopped eating the black bean soup that him and I were eating together, and started to cry asking me "Daddy why are you trying to poison us?" I immediately left the house, went to Spring Lake Police told them the story and they told me that they would go speak with Larissa, but she would not admit that she said that. The police asked me to wait outside the house, spoke with Larissa for about 15 minutes and then came outside and told me they were going to take me to the county ward, that she was a doctor and that she said I am crazy, and she is scared of me. I was shocked and called my father and he spoke with the police and then they went back inside to ask if I could stay in the house which she agreed and then they left. It shocks and appalls me that the word of a woman is more valuable than a man's word and how the State of New Jersey discriminates against men so easily and blatantly. The Spring Lake Police even filed a FALSE POLICE REPORT, omitting the reason for me going to the police, the fact that she said in front of my son that I am poisoning their food to kill them. ***THE STATE OF NEW JERSEY ABUSES MEN,***

### *DISCRIMINATES AGAINST MEN, AND INTURN ABUSES CHILDREN BY DEPRIVING CHILDREN OF THEIR 14TH AMENDMENT RIGHT TO HAVE A RELATIONSHIP AND BE RAISED BY BOTH PARENTS.*

7.  In December 2019, after hiring Helmer Connley and Kassleman, Judge Acquaviva from Monmouth County Superior Court refused to sign a permanent order stating that the children would not be removed from the country. I had been telling my lawyer and calling other lawyers in town to attempt to sue the Police, State of New Jersey, Federal Government, FBI, Homeland Security, and Judge Acquaviva did not sign a permanent order in order to cause me financial harm, so that I would not have sufficient monies to live, eat, pay for housing, and pay abusive legal fees to his friends, since most of Helmer Connley and Kassleman are ex Prosecutors and Judges, the State of New Jersey along with other bad actors were already planning on bleeding me dry so that I was forced to leave the country and not cause them anymore issues. It cost me close to 9,000 USD in legal fees to have a simple order stating that my children could not leave the country.

8.  In January 2020, after years of abuse from the Government and Larissa, and Larissa threating me, abusing me, I threw her phone out of the car after she was screaming at me for more than 45 minutes about how if I held the kids in America she would make my life a living hell. I took her phone to look at the GPS to see where we were because I was going to ask her to stop the car and get out once we were close to a gas station, because we were with our son MZC taking him to the doctor to remove stiches and he was using my phone to watch a nightmare before Christmas, and she started berating me, stop looking at my phone, you are not allowed to touch

anything that is mine, stay away from me and my things, I hate you, I want you to die, and I said this is how much I care about your things and threw her phone of the window. She stopped the car, began hitting me, threatening me. She got out of the car and started screaming that I was attacking her and needed help. She went to take MZC out of the car, but it was very cold in New Jersey in January and I told her not to take the child out of the car, she started hitting me and screaming he is hitting me. Help he is trying to steal my baby. So I let her take the child out of the car, someone came to her assistance, told her he was going to call the police and for her to wait inside the building with him. I took the car and went home to gather my belongings, on the way home I called the Spring Lake Police to tell them what had happened and where she was located. My elderly sick father was staying with us to receive medical attention in the USA and I gathered my belongings and told him I was going to my lawyers office in Freehold New Jersey to request a restraining order against her and that I had already called the Police. Within an hour the Wall Township Police called me telling me there was an arrest warrant for me and to appear at the police station or they would "Hunt me down for what I did".

9.  When I arrived at the Wall Township Police station they refused to take my side of the story, refused to allow me to press charges against her for assault and abuse, refused to allow me to call my lawyers, and were in my face screaming at me with spit flying out of their mouth into my face. One of the officers kept asking me where my guns were, I told them I had never owned guns in my life and that they must have been confused. He continued to press me into my face screaming at me with spit flying out of his mouth into my face in a military boot camp style. They placed

me in a cell, then asked me where my car was. My car was purchased in November 2017 prior to being married and in my name only. I told them my father had the car. They asked me for his number I told them I did not have his number because he lived in Brazil and we speak via WhatsApp. They brought me my phone into the holding cell and told me to call my father. When my father answered the phone we began speaking, and the police officer screamed at me again saying speak English, stop speaking another language I do not understand. I told them my father and my family are Brazilian, and he said if you don't stop speaking another language and speak English your "Going to be Sorry". Then after 20 seconds he advanced on top of me, ripped the phone out of my hands mid conversation, injuring my wrist(which to this day I have excruciating pain from) and told me that

I was going to jail for a long time.

10. I was in Jail for 2 -3 days and then Helmer Connley and Kassleman sent Barry Serebnick to speak with me and told me that Rick Incromona would be representing me to ask for my release. I told Barry everything the police did and how they refused to take my side of the story and how this has been happening to me in the state of new jersey and with the federal government for close to 2 years and he said that it is common and there is nothing you can do about it and you do not want to fight the police.

11. When released from jail, I continued to ask Barry Serebnick to file a complaint against Larissa for domestic vioence, for the years of abuse towards me and my children, assaulting me, attempting to kidnap my kids in 2018, and forcing me to marry her. I told Barry Serebnick that I also wanted to sue the police and that Rick

Incromona which I hired to defend me in the criminal case for throwing the cell phone out of the car needed to subpoena the audio, video, and all documents from the Wall Township Police Department before they deleted these records. I also told Rick Shapiro which was already paid and retained as my divorce attorney that this all needed to be done imminently. Barry, Rick Shpiro, and Rick Incromona all stated that they would not sue the police and were hesitant to ask for such records from the police as it would create a bad atmosphere in court for me with the judges. I asked Barry again about my counter claim or counter domestic violence civil suit against larissa and he said there was no need to do this as it would be resolved. I told him that the restraining order stated I could not see my children and this was the most ridiculous sitation I have ever heard of and the State and Federal Government were responsible for this and that they allow women to act this way with no limits and that it was their fault for not putting an end to this type of behavior in May 2018. All three lawyers told me again that I did not want to sue the government, that it would not be in my best interest and that it would end badly for me. They stated this to me from January 2020-May 2020.

12. In a court appearance with Judge Acquaviva around April-May 2020, I stated that Maria das Gracas Amorim(Larissa's mother) would give the children Dramamine and other medication when she did not want to deal with the children anymore. She would drug the children and it was very concerning to me as my children had cold burns on the back of their legs for sitting in a radio flyer being taken to school in the winter and spring. I showed these pictures to my lawyers and told my lawyers that the children were also loopy sometimes when they would be brought to me for my

visitations. Judge acquaviva responded that over the counter medication is legal and that it could be used anyway. I told him it is not prescribed for that and you cannot drug children. He did not care. (in 2022 my brother in laws friend lost his child because his ex wife during a divorce drugged herself and his 2-year-old daughter with over the counter medication killing the child). I have been living in fear for my children's life since before then, but after this story I had been besides myself. A day has not passed that I do not fear for my children's lives because of this and again this shows discrimination and abuse of power by the judges, police and government and a refusal to protect children. I also requested that my children be appointed a lawyer to look out for their best interests and the court and my lawyers refused this request.

13. Helmer Connley and Kassleman dropped me as a client around June 2020 stating that I was being adversarial with them and that they would not represent me anymore, because I kept trying to sue the Government and I began expressing concerns that the law firm was also working with the Government to stop me from being a father and to sue them.

14. I attempted to sue my landlord in June 2020 because Larissa broke our lease without my approval and all my belongings were still in the house. The landlord had no right to break a lease without both parties approval and signature and Judge Marshall did not care. She told me that even thought there was a law in place that landlords would have to pay close to 100,000 usd in fines and penalties if they did such a thing due to covid restriction and not spreading covid, that I was not entitled to this amount even before hearing my case, what I had in the home, and having any

information about the case. This is just another instance of abuse of power, threats, placing me in duress, having me fear the government, and abuse from the state to help their friends and people they have interests with.

15. In August 2020 I went to the New Jersey Attorney Generals office in Newark NJ asking to speak with someone to file complaints about what had been happening over the years. The New Jersey State Police already knew who I was and told me if I did not leave the building I would be arrested and placed in jail and that I was not allowed to speak to anyone in the Attorney Generals office.

16. I was in fear for my life so I went to Maine in September 2020 to see if I could get away from the bad actors in the State of New Jersey and file a federal lawsuit in Maine. In fact my plan was to drive to Canada to see if I could ask for asylum in Canada while my lawsuit was being processed, but due to COVID19 the border was closed, so I had to stay in Houlton Maine, which is the last or first exit on 95, however you want to see it, a few miles from the Canadian Broder. While I was there waiting to see if the border would reopen from September 2020 until December 2020 I would eat at a restaurant called Bastions Tavern. I did not know it was owned by a homeland security agent, until after a few months of abuse from his son Logan and his sons friends. They would tell me the CIA was going to kill me when I got down to Brazil. That I would never see my kids again for filing complaints against the police, judges, and lawyers. Among other disgusting things and actions that were done to me. I was being followed, harassed, threatened for months to not file complaints against the government and police. I sent multiple emails to senators, congressmen, Police Departments, Prosecutors, newspapers,

asking for assistance and not one person would assist me. In fact they would just block my email address from sending more emails to them and eventually my GMAIL account camaraopaul@gmail.com was blocked by GMAIL. The same day my fathers account was blocked by GMAIL. I was his backup security email and he was mine so since both of our accounts were blocked we could not authenticate to gain access to our email accounts anymore. I have not had access to my email account for a few years now even after multiple requests to GMAIL. This is corruption and just further shows how the government has their greasy fingers in everything and has no limits to what they will do to scare, threaten, intimidate, break the law to cover up their misconduct. Even Mark Zuckerberg testified to Congress back in 2022 I believe about being threatened and harassed by the government during the 2020 election to show and not show some posts and information. I will provide this during trial.

17. In December 2020 I flew from Bangor Maine to Washington DC on a connecting flight to West Palm beach Florida to stay with my mother for a few weeks until I was able to get my unemployment straightened out and I was harassed at the airport and on the airplane by what they said were federal agents. They told me I was going to jail if I did not stop harassing the government and did not let Larissa go back to Brazil. I was terrified so I left the airport during the connection in Washington DC to get a rental car and drive the rest of the way. While at a hamburger place in NW DC near The George Washington University I was harassed again by federal agents telling me I did not have a clue what I was getting myself into suing homeland security agents, FBI, Judges, Lawyers, Police, and the Government.

18. I started to work at FedEX in West Palm Beach Florida in December 2020 and was harassed by co-workers telling me Judge Acquaviva was going to "fuck me in the ass" I was also receiving close to 30 times the amount of packages per truck than other employees around me leading to an unsafe work environment because they would not all fit on the truck. The people around me started to complain saying it was unsafe and my manager told me to take a break as this was not suppose to happen, the packages are set per truck so they is not overflow. I called the police to tell them I was being harassed at work and when I came back into work my manager told me to go home. I sent countless emails to FedEx, FedEx headquarters in Pennsylvania requesting assistance and no one would respond to me, speak to me, or even provide me with my paycheck. They kept telling me it was in the mail and it never arrived.

19. I attempted to file lawsuits in West Palm Beach Federal Court Around December 2020 – February 2021, but they were not accepted. I attempted to request a volunteer attorney to assist me, but again the courts refused my requests and cries for help.

20. Around January 2021 Wall Township Court emailed me telling me I had a courtdate scheduled for February 2021. I responded to Amananda Prizino a court staff member requesting a public defender and telling her that my lawyer Rick Incremona dropped me as a client and that I was unemployed with no monye. She told me that I had over a year to request a public defender and that she would not provide me with the paperwork as I did not as for this in time. I told her that this was unconstitutional and that they were just trying to do this to threaten, intimidate me, and that with

COVID19 the courts were closed and I did not know when they were reopened to even know when to request a public defender. Amanda Prizino threatened me again with jail and arrest warrants if I did not show up to court

21. I appeared in Wall Township around February 2021 for court and the prosecutor asked me where my lawyer outside of the courtroom in the waiting section. I explained to him that Rick Incromona dropped me as a client and that I wanted a public defender, but Amanda refused to give me one. He said Paul this is not a good situation, I can get you probation so you do not go to jail is that okay for you? I said not really because I need a lawyer and I never got my discovery, the police abused me, the government is abusing me, this is a bad situation. When we went in front of the Judge the Judge asked me if anyone was forcing me to make this deal and I told the Judge about not being given a public defender, about being abused and threatened by court staff and the police and he disregarded all of my comments and did not care.

22. I refused to go to probation because in my eyes if the government did not care about procedure neither did I, if the state, federal government, police, judges, prosecutors had no regard for their own laws, neither did I.

23. Around March 2021 I began dating Ashlie in Port St Lucie Florida and the first day I was at her house on a Saturday, I was outside in front of her house when I began feeling vibrations, pain in my ears and my body and both of my ears popped with blood and fluid coming out of them. I ran inside the house she looked at both my ears, cleaned the blood and fluid out of them. I went to an insta care and asked the doctor what can make both ears of someone pop like this, to my understanding it is

pressure(underwater) or sound. I explained to her about my lawsuits with the government and police and the doctor told me she feared for my life and has heard about this before. I told her about an LRAD that the NAVY/Coast Guard use on their ships to deter pirates/criminals which is either loud sound or no sound at all and only vibrations. I told her that I have also seen devices like this used for crowd control by the police. She just shook her head and said if I were you, I would stop your lawsuits I have seen people die because of what you are doing. Clearly, they do not want you to continue with this.

24. This harassment continued for the entire year of 2021and in January 2022 I sent an email to James Harvey's bar in Houlton Maine saying I was going to smack his son for messing with me. I also called the ATF during superbowl Sunday asking if I was able to purchase a shotgun at a gun show near my house because I feared for my life and if I had any restrictions to purchase a firearm at the moment since Larissa had already been allowed to return to Brazil and it was my understanding there was no more restraining order against me. They told me they were not able to do that check but at the time of purchase the gun dealer would run my information and be able to inform me if I was eligible to purchase a shotgun for home defense.

25. I was arrested by homeland security in February 2022 for threats across state lines for sending an email to James Harvey's son saying I was going to smack him. I was threatened in West Palm Beach Federal Courthouse by my public defender to get a COVID vaccine since the Judge asked me to. I told the public defender that I did not agree with the COVID vaccine as I did not agree with abortions and they use baby fetuses to make the vaccine and it was against my religion and the public defender

told me that I was only going to make matters worse for myself if I choose to

continue to fight the government and Judges and that I was facing at least 5 years in

Jail and if they found out that I infected someone with COVID in the courthouse

because I refused to take the COVID vaccine I could get life in jail for murder. So I

was forced to go against my religion and take the covid vaccine out of fear for life

in jail.

26. James Harvey told the court that I would tell him and staff members at his restaurant

that girls had bird eyes. Which is correct I did say that, but it was in reference to the

way they used their mascara, and I was very clear about that, telling people I never

seen any girls do that, it is very pretty. He also said in the court documents that I

told people I saw "trails" and had hallucinations. I never said anything of the sort. I

did say that I needed glasses, my vision was getting worse since I was close to 40

years old and looking at computer screens all my life probably affected my vision. I

told people that when I used the computer the bright lights would affect my vision

and one of the patrons had blue glasses and I asked them if that helped with looking

at computers and he said it helped him a lot and is like night and day. James Harvey

lied and misconstrued my comments to people in order to make me appear crazy

and so that his son and friends would have no liability and to scare me into not suing

the government anymore.

27. My public defender Kristy Militello told me I needed to have psychological

evaluations done because the government said I was crazy. I also was ordered to

have therapy which I said was no problem I even asked if the court could increase

my weekly sessions as I wanted to speak with someone about what had been

happening to me and I think that speaking with people without the fear of retaliation was beneficial.

28. My therapist would constantly tell me I was crazy. Constantly laugh at me tell me that the government would never do such things to their citizens and that I had severe mental disorders. The last session we had we were speaking about how some police threaten and harass the parents and families of people they kill in the line of duty and she told me that she had never heard of anything like this happening. I told her that I had friends in eastern Europe that told me that both the Russians and Ukrainian's were killing children with bombs, guns, kidnapping kids, murdering innocent people and she said that she never heard of such a thing. I told her if I was a solider and I saw one of my people kill a child I would kill him in retaliation as that would be something I could not bear to see. She then told my probation officer that I said I was going to kill people and that he needed to speak with me. I told Don Grice that I never said I was going to kill anyone, I gave an example of world events and gave my opinion on what was happening from the news I read. He told me I could not say those things and I told Don Grice my probation officer, that all trust with my therapist was lost, that I could not continue sessions with her and that I needed a new therapist. He told me that was impossible, and I was forced to continue sessions with her. I told Don Grice that is abusive, the woman is lying to you, we have no more trust, and I needed a new therapist in order for the sessions to be effective and that in no way should I be forced to continue therapy with someone that lies to get me in trouble and twists my words around.

29. I found my own therapist the next day spoke with him about what was going on and asked for him to give his opinion about what, if any, disorder I had. He wrote a letter to the Judge explaining that he believed that I had adjustment disorder from being away from my children for so long and that I needed to be able to have a meaningful relationship with my children. The Judge violated me for missing my therapy session with the court appointed therapist and told me that I was a danger to the community and placed me in Federal Prison pending trial.

30. I explained to my Federal Public Defender Kristy Militello that the medicantion that was court mandated by a **NON MEDICAL DOCTOR** was making me sick, increasing my blood sugar, making me diabetic, among other health issues and to allow me to get a second opinion with a medical doctor to switch or stop the mediation. Kristy told me this was out of the question and that I was obligated to continue the medication. For 2 years I was injected with INVEGA which has given me permanent damage to my body, along with permanent damage to my mental health to sustain all of this abuse from the Federal and State governments.

31. In June 2024 I came to Brazil to see my children and since my arrival I have been harassed, threatened, beaten, stabbed, falsely arrested for rape, followed by my ex wife's family and government friends, ribs broken, finger broken, permanently damaged, along with not being allowed to renounce my USA Citizenship due to exuberant costs 2350 USD, along with the fact that I was told that my application could be denied. I was also threatened being told that I could still be extradited from Brazil, as if I was an international criminal running or hiding from the law.

32. When I filed lawsuits in October 2024 in West Palm Beach Courthouse I was immediately charged with rape in Brazil, which I did nothing of the sort to intimidate me, scare me, and show me that I was going to be placed in jail for a long time if I continued with my lawsuits.

33. The State of Florida has been refusing to look into my unemployment owed to me because I have been speaking with Russian Lawyers attempting to get asylum in Russia while my lawsuits in the USA are pending. Prior to being arrested in February 2022 I was reaching out to Russian embassy's to learn about the asylum process in order to leave America because of the abuse, but the US government stopped me before I could leave and kept me in Jail/Probation injecting me with medication to teach me a lesson.

34. Emkeca Nkowu was hired to defend me in my criminal case in New Jersey in July 2024, but he refused to make simple subpoenas of records to explain to the Judge what had been happening to me over the years and why I refused to go to probation. He told me I needed a civil rights lawyer and refused to make simple subpoena requests, probably because he is sacred of the government.

35. The Public Defender that East Brunswick New Jersey provided me with In August 2024 also refused to subpoena simple records to show the Judge what has been happening. The judge refused to allow me to speak during the hearing, set a new court date for August, but when my public defender refused to provide me with adequate representation and was protecting the government, I fired him and the court stopped responding to me and refused to honor the court date that was scheduled and even send me a zoom link.

36. Zip Recruiter abused me, threatened me, refuses to pay me any unemployment and their lawyer from Florida has violated the Rules of Professional Conduct threatening and intimidating me into signing documents that he knows to be against the law. He should lose his law license as I will show all the email communications to and from him. He also refuses to respond to me and refuses to file anything with the courts in Zip Recruiters defense even thought they have been served properly with the lawsuit. They probably want summary judgement in order to not have to take responsibility for their actions.

37. GM Financial breached their duty of providing me with my car title and misleading me and probably many other clients with emails saying the title is on the way, it is out for delivery, it is in the mail, and when me and my mother called them for years they would respond that it was sent. They never told us that the title was electronic and just wanted to mislead me and not allow me to gain access to funds to be able to relocate out of the country. They were working with the US Government in order to keep me destitute and not allow me to access cash to relocate to safety.

## **Juristiction**

This court has jurisdiction over the defendants for the following reasons:

1. This is a case involving Federal Questions under the US Constitution, Federal Laws, and more specifically, the 14th amendment equal protection under the laws, Due Process Clause under the 14th Amendment as well.

   In cases like <u>Troxell v. Granville</u> (2000), the Court recognized that parents have a constitutional right to make decisions about their children's care, custody, and upbringing, and that the state should not interfere unless necessary to protect the child

2. **<u>Diversity Jurisdiction</u>:** Cases where the parties are citizens of different states, and the amount in controversy exceeds $75,000, can be brought in federal court. And since GM Financial is located in Texas, I am choosing Texas as Venue.

3. This court also has personal Jurisdiction over all defendants.

## **Relief Sought**

Typically one would seek relief in the form of injunctions and restoration of civil liberties. In my case I have no intention of ever stepping foot on American Soil again. In fact if an American approaches me on foreign soil I will see that as an act of war and defend myself by any means necessary.

I am seeking monetary compensation for:

- o **Economic damages:** Such as lost wages, medical expenses, and property damage.

- o **Non-economic damages:** Such as pain and suffering, emotional distress, and loss of enjoyment of life.  o     **Punitive damages:** These are awarded to punish the defendant and deter future violations, but they are not always available

If a lawsuit was filed in Minnesota for a woman being fired for not taking a covid vaccine and she was awarded 12.5 million USD, I can only imagine what fair compensation for these acts and the rest of the acts that I could not fit on this initial complaint but will come to light during a Jury Trial.

Best Regards,

Paul Camarao

/s/ Paul Camarao

6.9.2025

PaulCamaraoz28@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PAUL CAMARAO,
Plaintiff,

V.

STATE OF NEW JERSEY,
STATE OF FLORIDA,
UNITED STATES OF AMERICA,
FBI,
HOMELAND SECURITY,
DEPARTMENT OF JUSTICE,
Jury Trial: (check one)   ( X Yes)
WEST PALM BEACH FLORIDA FEDERAL COURTHOUSE,
WEST PALM BEACH PUBLIC DEFENDER'S OFFICE,
ZIP RECRUITER,
SPARROW,
AIRBNB,
FEDEX GROUND,
DICE,
NY LIFE,
EMEKA NKWUO,
RANJIV SONDHI,
GM FINANCIAL,
SEMINOLE STATE COLLEGE,
LARISSA VALENTINA AMORIM ZANATO,
RICARDO AMORIM,
SABINE AMORIM,
MARIA DAS GRACAS AMORIM,
EMIR ZANATO,
HELMER CONNLEY AND KASSLEMAN,
Defendants.

Letter to the Court

I have attempted to submit my filing to your court 3 times this week and it keeps getting kicked back saying that you are not sure if my complaint is already filed somewhere. If you read my document that says Complaint the first paragraph states that my complaint was dismissed in Western Texas for Improper venue. So I do not understanding if maybe due to me being blind in my left eye from June 2nd's assault after filing documents in Western Texas prior to my complaint being dismissed is the problem or if your court and your court staff are just playing games with me and refusing to read my complaint and submitting it to the courts.

Let me know.

Thanks.


Best Regards,
Paul Camarao
/s/ Paul Camarao
6.13.2025
PaulCamaraoz28@gmail.com